UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-00214-MAA                           Date: April 21, 2026

Title    Hasmik Tumanyan v. Kristi Lynn Arnold Noem

Present:   The Honorable Maria A. Audero, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**          **Order to Show Cause Regarding Suggestion of Mootness (ECF No. 9)**

On January 8, 2026, Plaintiff Hasmik Tumanyan ("Plaintiff") filed a complaint for Declaratory Relief to Compel Adminstrative Action, seeking to compel Defendant to adjudicate Plaintiff's pending I-485 Application for Adjustment of Status.  (ECF No. 1.)  On April 8, 2026, Defendant gave notice that Plaintiff's I-485 Application had been denied on March 26, 2026, and suggested that this case is now moot.  (ECF No. 9.)

Plaintiff is therefore ordered to show cause, in writing, **no later than 14 days from the date of entry of this order**, why this case should not be dismissed without prejudice as moot.  Failure to respond by the deadline will result in the dismissal of this case.  Plaintiff may also discharge this order to show cause by filing a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).

It is so ordered.